ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA  93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| CARLOS A. MACHADO,<br><br>　　　Appellant,<br><br>vs<br><br>COMMISSIONER of<br>SOCIAL SECURITY,<br><br>　　　Defendant. | CASE NO: 1:04-cv06691- SMS<br><br>STIPULATION and ORDER<br>to<br>EXTEND TIME |

　　　The parties, through their respective counsel, stipulate that the time for filing Appellant's Opening Brief be extended from July 1, 2005 to July 31, 2005.

　　　This is the Appellant's first request for an extension of time in this case.  The Appellant needs additional time to prepare the Opening Brief.

/ / / / /                                                                                                                     \ \ \ \ \


/ / / / /                                                                                                                     \ \ \ \ \

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Robert D. Christenson |
| Dated:   June 24, 2005 | ROBERT D. CHRISTENSON<br>Attorney for Plaintiff |
|  |  |
| Dated: June 27, 2005 | **McGREGOR W. SCOTT**<br>United States Attorney |
|  | /s/ Kristi C. Kapetan<br>(As authorized via facsimile)<br>**KRISTI C. KAPETAN**<br>Assistant U.S. Attorney |

**IT IS SO ORDERED**.

Date:  6/30/2005

 /s/ Sandra M. Snyder
The **HONORABLE SANDRA M. SNYDER**
    United States Magistrate Judge