1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 CARLOS A. MACHADO,            )   1:04-cv-06691 SMS
                                 )
11              Plaintiff,       )   STIPULATION AND
                                 )   ORDER TO EXTEND
12         v.                    )   TIME
                                 )
13 JO ANNE B. BARNHART,          )
   Commissioner of Social        )
14 Security,                     )
                                 )
15              Defendant.       )
   _____)
16

17      The parties, through their respective counsel, stipulate that

18 the time for filing defendant's opposition to plaintiff's opening

19 brief be extended from August 22, 2005 to September 22, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                Respectfully submitted,

Dated: August 18, 2005       /s/ Robert D. Christenson
                                   (As authorized via facsimile)
                                   ROBERT D. CHRISTENSON
                                   Attorney for Plaintiff

Dated: August 18, 2005       McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
                                   Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:   8/19/2005

                                    /s/ Sandra M. Snyder
                                   THE HONORABLE SANDRA M. SNYDER
                                   United States Magistrate Judge