```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street,
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10  CARLOS A. MACHADO,           )    1:04-cv-06691 SMS
                                 )
11             Plaintiff,        )    STIPULATION AND ORDER
                                 )    AWARDING EAJA ATTORNEY FEES
12             v.                )
                                 )
13  JO ANNE B. BARNHART,         )
    Commissioner of Social       )
14  Security,                    )
                                 )
15             Defendant.        )
    _____)
16
```

17   IT IS HEREBY STIPULATED by the parties, through their
18 undersigned counsel, subject to the approval of the Court, that
19 counsel for plaintiff be awarded attorney fees under the Equal
20 Access to Justice Act in the amount of ONE THOUSAND, ONE HUNDRED
21 AND SIXTY-TWO DOLLARS AND TWENTY CENTS ($1,162.20).  This amount
22 represents compensation for legal services rendered on behalf of
23 plaintiff by counsel in connection with this civil action for
24 services performed before the district court in accordance with 28
25 U.S.C. § 2412(d).
26 ///
27 ///
28

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                                        Respectfully submitted,

Dated: November 1, 2006          /s/ Robert D. Christenson
                                 (As authorized via facsimile)
                                 ROBERT D. CHRISTENSON
                                 Attorney for Plaintiff

Dated: November 2, 2006          McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/Kristi C. Kapetan
                                 KRISTI C. KAPETAN
                                 Assistant U.S. Attorney



IT IS SO ORDERED.

**Dated:   November 6, 2006**           **/s/ Sandra M. Snyder**
icido3                           UNITED STATES MAGISTRATE JUDGE

2